JUDGE C

Y

BLANK ROME, LLP
Attorneys for Plaintiffs
GUANGZHOU OCEAN SHIPPING CO.
and COSCO SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

**08 CIV 5411**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGZHOU OCEAN SHIPPING CO. and COSCO SHIPPING CO. LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> JINJIANG SHIPPING CO., LTD., TBS LOGISTICS (HK) LTD., and GREAT PACIFIC SHIPPING CO. LTD., <br><br> Defendants. | 08 Civ. *5411* <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiffs GUANGZHOU OCEAN SHIPPING CO. and COSCO SHIPPING CO. LTD., certify

that, according to information provided to counsel by its clients, GUANGZHOU OCEAN

SHIPPING CO. and COSCO SHIPPING CO. LTD., are not publicly held corporations or

subsidiaries or affiliates of a publicly held corporation.

Dated:        New York, New York
              June 13, 2008

                                        BLANK ROME, LLP
                                        Attorneys for Plaintiffs
                                        GUANGZHOU OCEAN SHIPPING CO.
                                        and COSCO SHIPPING CO. LTD.


                                        By _____
                                              Jack A. Greenbaum (JG 0039)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY  10174-0208
                                        (212) 885-5000
                                        jgreenbaum@blankrome.com