ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiffs
GUANGZHOU OCEAN SHIPPING CO.
and COSCO SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUANGZHOU OCEAN SHIPPING CO.
and COSCO SHIPPING CO. LTD.,

    Plaintiffs,

-against-

JINJIANG SHIPPING CO., LTD., TBS
LOGISTICS (HK) LTD., and GREAT
PACIFIC SHIPPING CO. LTD.,

    Defendants.

---

08 Civ. 5411 (PAC)

**ORDER APPOINTING**
**PROCESS SERVER**

    Plaintiffs, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael [partner, associate, paralegal, employee a licensed process server designated] Watson, or any other ~~person appointed~~ by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment will result in substantial economies in time and expense,

    NOW, on motion of Blank Rome, LLP, attorneys for Plaintiffs, it is

    **ORDERED**, that Michael Watson or any other [partner, associate, paralegal, employee a licensed process server] ~~person~~ at least 18 years of age and not a party to this action, ~~appointed by Blank Rome, LLP,~~ be and hereby is, appointed to serve the

129962.00601/6646495v.1

Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:  New York, New York
        June /7, 2008

SO ORDERED:

_____
U.S.D.J.